JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: Madison, WI
County/Parrish: Dane County

**Related Case Information:** 23 CR 010 WMC
Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 19-mj-33
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**
Matter to be Sealed _____ Yes ✓ No
Def. Name: KBWB Operations, LLC d/b/a Atrium Health and Senior Living
Alias Name:
City/State: Park Ridge, NJ
Year of Birth: n/a    Last 4 digits of SSN: n/a
Sex: n/a    Race: n/a

**U.S. Attorney Information:**
DANIEL J. GRABER    Bar #:
Interpreter: ✓ No ___ Yes    List language and/or dialect:

**Location Status:**
Arrest Date: _____
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 12    ___ Petty    ___ Misdemeanor    ✓ Felony
___ Class A
___ Class B
___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1347 | Health Care Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2 - 7 |
| Set 3 | 18 U.S.C. § 1341 | Mail Fraud | 8 - 10 |
| Set 4 | 18 U.S.C. § 371 | Tax Fraud Conspiracy | 11 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 12 |
| Set 6 | | | |

Date: _____    Signature /s/ DANIEL J. GRABER